DAVID SOLORZANO, JR.
3 Gonzalez Drive
San Francisco, CA 94132
Telephone: (415) 939-3631

Appearing *pro se* as Plaintiff

BINGHAM MCCUTCHEN LLP
WENDY M. LAZERSON (SBN 97285)
wendy.lazerson@bingham.com
CARLOS P. MINO (SBN 247022)
carlos.mino@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

GRANTED
/s/ James Ware
Judge James Ware
7/16/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SOLORZANO, JR., | No. CV-09-1666 JW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN PLAINTIFF DAVID SOLORZANO, JR., AND DEFENDANT BIMBO BAKERIES USA, INC.** |
| v. | |
| BIMBO BAKERIES USA, INC., | |
| Defendant. | Judge: Hon. James Ware |

IT IS HEREBY STIPULATED AND AGREED by and between David Solorzano, Jr., ("Solorzano") and Bimbo Bakeries USA, Inc. ("BBU"), through its counsel, as follows:

1. Solorzano formerly was employed by BBU as a route sales representative;

2. On or about May 8, 2008, Solorzano filed a complaint against BBU with the California Division of Labor Standards Enforcement ("DLSE") alleging that he was not paid overtime wages under California law, was not provided with meal and rest periods, and was entitled to recover "waiting time penalties" for failure to pay all wages due upon termination (collectively, the "Disputed Wages");

3. On March 4, 2009, the DLSE served its decision denying the claim, and on or about March 19, 2009, Solorzano filed a Notice of Appeal of the DLSE decision in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-09-486337 (the "*Solorzano* State Case");

4. On April 15, 2009, BBU removed the *Solorzano* State Case to the United States District Court for the Northern District of California and the case is currently pending as *Solorzano v. Bimbo Bakeries USA, Inc.*, Case No. C 09-01666 JW (the "Action");

5. Solorzano is a *pro se* Party in the Action and not represented by counsel. He understands and acknowledges that BBU's counsel does not represent him and cannot provide legal advice, and that he is entitled to seek counsel with regard to this matter;

6. On or about June 30, 2009, Solorzano initiated a communication to counsel for BBU stating that he desired to dismiss the Action with prejudice;

7. Pursuant to Fed. R. Civ. P. 41(a), the action *David Solorzano, Jr. v. Bimbo Bakeries USA, Inc.*, No. CV-09-1666-JW, including all claims, is hereby DISMISSED with prejudice; and

8. Each party shall bear its own attorneys' fees and costs.

DATED: July 8, 2009        By: /s/ David Solorzano Jr.
                               David Solorzano, Jr.
                               Plaintiff

DATED: July 14, 2009       By: /s/
                               Wendy M. Lazerson
                               BINGHAM MCCUTCHEN LLP
                               Attorneys for Defendant
                               BIMBO BAKERIES USA, INC.

**IT IS SO ORDERED:**

The Court terminates all pending deadlines hearings and motions. The Clerk shall close this file.

Dated: July 16, 2009

/s/ James Ware
James Ware
United States District Judge

PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223, U.S.A.. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

STIPULATTION OF DISMISSAL WITH PREJUDICE

by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

David Solorzano, Jr.
3 Gonzalez Drive
San Francisco, CA  94132

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 14, 2009.

_____
Mary F. Maggini

---

1

STIPULATTION OF DISMISSAL WITH PREJUDICE